UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
C.A. NO. 5:12-CV-00370-KSF

RECEIVED
AUG 2 7 2014
BY:_____

CHARLES DAVID NAPIER                                                    PLAINTIFF

Eastern District of Kentucky
**F I L E D**

SEP 0 4 2014

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

VS.

BREATHITT COUNTY BOARD OF EDUCATION;
MELANIE STEVENS, INDIVIDUALLY AND IN HER
CAPACITY AS INTERIM SUPERINTENDENT OF THE
BREATHITT COUNTY BOARD OF EDUCATION;
GEORGE DANIEL STRONG, INDIVIDUALLY, AND IN HIS
OFFICIAL CAPACITY AS MEMBER OF THE
BREATHITT COUNTY BOARD OF EDUCATION;
SHIRLEY HUDSON, INDIVIDUALLY, AND IN HER
OFFICIAL CAPACITY AS MEMBER OF
THE BREATHITT COUNTY BOARD OF EDUCATION;
INA SOUTHWOOD, INDIVIDUALLY, AND IN HER
OFFICIAL CAPACITY AS MEMBER OF THE BRETHITT
COUNTY BOARD OF EDUCATION; BOBBY GROSS,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE BREATHITT COUNTY BOARD OF
EDUCATION; and ARCH TURNER, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS FORMER SUPERINTENDENT
OF THE BREAHITT COUNTY BOARD OF EDUCATION       DEFENDANTS

## AGREED ORDER OF PARTIAL DISMISSAL

The parties hereto having advised the Court that they have settled and compromised all claims of the Plaintiff, **CHARLES DAVID NAPIER,** as against the Defendants, **SHIRLEY HUDSON, INA SOUTHWOOD and ARCH TURNER,** and the Court being sufficiently advised and having reviewed the record,

**IT IS HEREBY ORDERED** that the Complaint of **CHARLES DAVID NAPIER** against the Defendants, **SHIRLEY HUDSON, INA SOUTHWOOD and ARCH TURNER,** and all claims contained therein be and are hereby

**DISMISSED** with prejudice, with each party to bear its own expense. All other claims shall remain on the Court's active docket.

IT IS SO ORDERED this __4__ day of __September__, 20____.

_____
JUDGE, USDC EASTERN DIVISION
Hon. Karen Caldwell

SEEN AND AGREED TO:

_Cheryl Lewis_
Hon. Cheryl Lewis

_Neal Smith_
Hon. Neal Smith

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was this day duly delivered, electronically, to the following attorneys of record:

Cheryl U. Lewis
Attorney at Law
P.O. Box 1927
Hyden, KY. 41749

John G. McNeill
Elizabeth Deener
Landrum & Shouse, LLP
P.O. Box 951
Lexington, KY. 40588

Hon. Neal Smith
P.O. Box 1079
Pikeville, Kentucky 41502

BY:   __ROBERT R. CARR__, D.C.
      CLERK, USDC EASTERN DIVISION